FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y

★ DEC 08 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

MICHAEL FORD,

          Plaintiff,

-against-

ERIC SCHNEIDERMAN, Attorney General
of the State of New York; SUPREME COURT,

          Defendants.
----------------------------------------------------------X

**CIVIL JUDGMENT**

11-CV-5860 (SLT)

Pursuant to the Court's Memorandum and Order issued on *December 7, 2011*, dismissing this civil action, it is

**ORDERED, ADJUDGED AND DECREED:** That this complaint is hereby dismissed pursuant to 28 U.S.C. § 1915A(b). The Court certifies pursuant to 28 U.S.C. § 1915(a) that any appeal from the order would not be taken in good faith and therefore *in forma pauperis* is denied for the purpose of any appeal.

          s/ SLT
          _____
          SANDRA L. TOWNES
          United States District Judge

Dated: December 7, 2011
      Brooklyn, New York